**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                             :
                                                                  :  Chapter 7
FYRE FESTIVAL LLC,                                                :
                                                                  :  Case No. 17-11883 (MG)
             Debtor.                                              :
------------------------------------------------------------------x
GREGORY M. MESSER, as Chapter 7 Trustee of the                    :
Estate of Fyre Festival LLC,                                      :
                                                                  :
             Plaintiff,                                           :
                                                                  :  Adv. Pro. No. 19-01340
      -against-                                                   :
                                                                  :
FYRE MEDIA INC., and WILLIAM Z.                                   :  **BC 20,0003**
McFARLAND, a/k/a Billy McFarland,                                 :
                                                                  :
             Defendants.                                          :
------------------------------------------------------------------x

### JUDGMENT BY DEFAULT AGAINST DEFENDANTS FYRE MEDIA INC. AND WILLIAM Z. McFARLAND, a/k/a BILLY McFARLAND

Default was entered against defendants Fyre Media Inc. and William Z. McFarland, a/k/a Billy McFarland on October 16, 2019. Therefore, on motion of the plaintiff, Gregory M. Messer, as chapter 7 trustee of the estate of Fyre Festival LLC, judgment is entered against Fyre Media Inc. and William Z. McFarland, a/k/a Billy McFarland in favor of plaintiff as follows:

**IT IS ORDERED, ADJUDGED AND DECREED THAT plaintiff be awarded a judgment against, and recover from, defendants FYRE MEDIA INC. and WILLIAM Z. McFARLAND, a/k/a BILLY McFARLAND, ten million, nine-hundred ninety-three thousand, two-hundred sixty-seven and 51/100 ($10,993,267.51) dollars, jointly and severally, together with post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961, and that the plaintiff have immediate execution thereof; and it is further**

**IT IS ORDERED, ADJUDGED AND DECREED THAT plaintiff be awarded a second judgment against, and recover from, defendant FYRE MEDIA INC., an additional three million, four-hundred twenty-two thousand, seventy-nine and 12/100 ($3,422,079.12) dollars, together with post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961, and that the plaintiff have immediate execution thereof.**

|  |  |
|---|---|
| 2/11/2020 | */s/ Martin Glenn* |
| Date | HONORABLE MARTIN GLENN |
|  | UNITED STATES BANKRUPTCY JUDGE |